**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6483**

───────────

CHARLES RICHARD RILEY,

Plaintiff - Appellant,

versus

A. D. MATHEWS, SR., Sheriff; EARL MULLINS,
Internal Affairs; NANCY JUSTICE, Classifica-
tion; TROY FISHER, Deputy Sheriff; W. LAS-
SITER, Classification; ELLEN HOLT, Lieutenant;
DEPUTY SHERIFF JESSIE; DEPUTY SHERIFF TABB; B.
MALLORY, Deputy Sheriff; DEPUTY SHERIFF COLEY;
RONALD REDFORD, Deputy Sheriff; DEPUTY SHERIFF
HURT; UNKNOWN DEPUTIES, Deputy Sheriff; UN-
KNOWN MEDICAL PERSONNEL, Jail Medical; UNKNOWN
CLASSIFICATION PERSONNEL, Classification,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Barry R. Poretz, Magistrate
Judge. (CA-98-94-AM)

───────────

Submitted: October 29, 1999        Decided: December 20, 1999

───────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Charles Richard Riley, Appellant Pro Se.  William Kerfoot Lewis, BEALE, BALFOUR, DAVIDSON, ETHERINGTON & PARKER, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Richard Riley appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint after a trial.[*]  We have reviewed the record and the magistrate judge's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  See Riley v. Mathews, No. CA-98-94-AM (E.D. Va. Mar. 26, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of a magistrate judge over this civil action.  See 28 U.S.C. § 636(c) (1994).

2